## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

ERIC SMITH,                             )
                                        )
                    Petitioner,         )
        vs.                             )           2:12-cv-171-JMS-WGH
                                        )
SUPERINTENDENT,                         )
                                        )
                    Respondent.         )

### Entry and Order Directing Dismissal of Action

### I.

Eric Smith is serving the executed sentence imposed by an Indiana state court following his conviction for arson. *See Smith v. State,* 779 N.E.2d 978 (Ind. Ct. App. 2002), *trans. denied*. He has filed the present action seeking a writ of habeas corpus challenging a prison disciplinary proceeding.

Because of his abusive litigation in federal courts, Smith has been sanctioned through the issuance of a species of restricted filer orders. The Order in Smith=s case was issued by the Seventh Circuit Court of Appeals in No. 09-2444 on June 10, 2009. The text of the restrictive filer Order is the following:

> Smith is fined $500. Until he pays that sum in full to the clerk of this court, he is barred from filing further civil suits in the courts of this circuit, in accordance with *Support Systems International v. Mack,* 345 F.3d 185 (7th Cir. 1995).

Smith violated the Court of Appeals= Order in No. 09-2444 by submitting this action. The action is dismissed. Judgment dismissing the action without prejudice shall now issue.

### II.

The petitioner's request to proceed *in forma pauperis* [3] is **granted**.

**IT IS SO ORDERED.**

Date: _06/26/2012_____

_Jane Magnus-Stinson_

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution:**

**Eric D. Smith**
#112675
**Westville Correctional Facility**
**5501 South 1100 West**
**Westville, IN 46391**